FILED
CLERK, U.S. DISTRICT COURT

JUN 21 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>RONALD DURRELL GILMORE<br>    Defendant. | 96-CR-853-JSL<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (X)    the appearance of defendant as required; and/or

    (B)  ( )    the safety of any person or the community.

//
//

The court concludes:

A.  ( )   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B)  (X)   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: defendant has sufficient bail resources to ensure his appearance or overcome presumption of flight risk.

IT IS ORDERED that defendant be detained.

DATED: 6/21/2012

JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

2