FILED
CLERK, U.S. DISTRICT COURT
OCT 18 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD DURRELL GILMORE,<br><br>Defendant. | NO. 96-CR-00853-SVW<br><br>ORDER OF DETENTION AFTER HEARING<br><br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in Los Angeles pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of the defendant's probation; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

\\

\\

\\

1

A. (X) The defendant has submitted on the issue at this time and has not met his burden of establishing by clear and convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

- The defendant's failure to proffer any evidence to meet the defendant's burden on this issue;
- the prior revocation of the defendant's supervised release;
- the defendant's history of failures to appear;

and

B. (X) The defendant has submitted on the issue at this time and has not met his burden of establishing by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

- failure to proffer any evidence to meet the defendant's burden on this issue;
- criminal history;
- history of substance abuse.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: October 18, 2021

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE